**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TYSHAUN LITTLE HOPE,**

        **Plaintiff,**

**-vs-**          **Case No. 6:09-cv-1654-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

# ORDER

This case is before the Court on a review of the Commissioner of Social Security's ("Commissioner") decision to deny Plaintiff's application for Supplemental Security Income benefits. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. No. 16), Plaintiff's objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 1, 2010 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finding that the decision of the Administrative Law Judge is supported by substantial evidence and was made in accordance with proper legal standards, the administrative decision is **AFFIRMED**.

3. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15th___ day of December, 2010.

Copies furnished to:

JOHN ANTOON II
United States District Judge

United States Magistrate Judge

Counsel of Record

Unrepresented Party